No. 87–5613.  WILLIAMS v. HEVI-DUTY ELECTRIC CO.  C. A. 6th Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 87–5354.  JAMES v. OKLAHOMA.  Ct. Crim. App. Okla.;
No. 87–5482.  CHILDS v. GEORGIA.  Sup. Ct. Ga.;
No. 87–5567.  BROWN v. NORTH CAROLINA.  Sup. Ct. N. C.;
No. 87–5568.  CARTER v. TEXAS.  Ct. Crim. App. Tex.;
No. 87–5607.  HALVORSEN v. KENTUCKY.  Sup. Ct. Ky.; and
No. 87–5688.  SNOW v. SUMNER, DIRECTOR, NEVADA DEPARTMENT OF PRISONS.  Sup. Ct. Nev.  Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 87–5660.  CORDEIRO v. CONNER ET AL.  Sup. Ct. Ariz. Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 86–1710.  KNAPP v. ARIZONA, *ante*, p. 816;
No. 86–1888.  MARTINELLI, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF MARTINELLI, ET AL. v. UNITED STATES DEPARTMENT OF THE ARMY, *ante*, p. 822;
No. 86–1891.  HALLIWELL v. EU, SECRETARY OF STATE OF CALIFORNIA, ET AL., *ante*, p. 801;
No. 86–1905.  BRUMFIELD v. UNITED STATES, *ante*, p. 822;
No. 86–1911.  CASA LINDA PRESBYTERIAN CHURCH IN AMERICA ET AL. v. GRACE UNION PRESBYTERY, INC., ET AL., *ante*, p. 823;
No. 86–1912.  TOTUS ET AL. v. HOLLY ET AL., *ante*, p. 823;
No. 86–1988.  TORRES v. STATE BOARD OF LAW EXAMINERS OF ILLINOIS, *ante*, p. 827;

No. 86–2005.  CASEY ET AL. *v.* TENNESSEE, *ante*, p. 828;

No. 86–2017.  HOLDING *v.* SOVRAN BANK ET AL., *ante*, p. 828;

No. 86–2049.  BAYER *v.* JOHNSON, SECRETARY OF REVENUE OF SOUTH DAKOTA, *ante*, p. 830;

No. 86–2050.  JOHNSON ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 830;

No. 86–2066.  YASUI ET AL. *v.* UNITED STATES, *ante*, p. 831;

No. 86–6716.  NEELY *v.* UNITED STATES, *ante*, p. 832;

No. 86–6922.  COMSIA *v.* MANGNONE ET AL., *ante*, p. 835;

No. 86–6933.  JEFFERSON *v.* GEORGIA, *ante*, p. 872;

No. 86–6951.  LYONS *v.* SCOTT ET AL., *ante*, p. 836;

No. 86–6953.  THOMPSON *v.* ALABAMA, *ante*, p. 872;

No. 86–7082.  MAY *v.* TEXAS, *ante*, p. 872;

No. 86–7089.  SMITH *v.* UNITED STATES, *ante*, p. 842;

No. 86–7093.  WABEKE *v.* MUTUAL HOME FEDERAL SAVINGS & LOAN ASSN. ET AL., *ante*, p. 842;

No. 86–7138.  SPIGELSKI *v.* PITTSBURGH HUMAN RELATIONS COMMISSION, *ante*, p. 844;

No. 86–7162.  JOUBERT *v.* NEBRASKA, *ante*, p. 905;

No. 87–2.  VAHLSING *v.* BANGOR & AROOSTOOK RAILROAD CO. ET AL., *ante*, p. 845;

No. 87–9.  MCDONNELL DOUGLAS CORP. *v.* WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL., *ante*, p. 845;

No. 87–46.  FONDO *v.* SHEINDLIN, INDIVIDUALLY AND AS JUDGE OF THE FAMILY COURT OF THE STATE OF NEW YORK, BRONX COUNTY, ET AL., *ante*, p. 847;

No. 87–53.  KRILETICH *v.* COMMISSION ON JUDICIAL PERFORMANCE ET AL., *ante*, p. 848;

No. 87–91.  BREWSTER *v.* MOUNT VERNON HOSPITAL ET AL., *ante*, p. 849;

No. 87–190.  MARTIN *v.* ST. JOE CONTAINER CO., *ante*, p. 853;

No. 87–195.  PENK ET AL. *v.* OREGON STATE BOARD OF HIGHER EDUCATION, *ante*, p. 853;

No. 87–207.  KERR *v.* PENNSYLVANIA, *ante*, p. 854;

No. 87–229.  KING *v.* CALIFORNIA ET AL., *ante*, p. 802;

No. 87–288.  SAMPANG *v.* MARSH ET AL., *ante*, p. 855;

No. 87–304.  LEIGHTON *v.* BEATRICE COS., INC., ET AL., *ante*, p. 898;

No. 87–5021.  EASLEY *v.* KOSCINSKI ET AL., *ante*, p. 857;

No. 87–5023.  VAN SANT *v.* ARLINGTON COUNTY, VIRGINIA, *ante*, p. 857;

No. 87–5062.   WILLIAMS *v.* GEORGIA, *ante*, p. 803;

No. 87–5082.   HORTON *v.* GEORGIA, *ante*, p. 905;

No. 87–5117.   FELDE *v.* BUTLER, WARDEN, *ante*, p. 873;

No. 87–5151.   KOST *v.* CAPITOL CORP. ET AL., *ante*, p. 863;

No. 87–5181.   GRANT *v.* NEW YORK, *ante*, p. 864;

No. 87–5189.   WILLIAMS *v.* UNITED STATES POSTAL SERVICE ET AL., *ante*, p. 864;

No. 87–5191.   HOWARD *v.* DAVIS ET AL., *ante*, p. 864;

No. 87–5212.   ABRAHAM *v.* WHITE, WARDEN, *ante*, p. 915;

No. 87–5241.   FLETCHER *v.* HOOD ET AL., *ante*, p. 899;

No. 87–5242.   VAN SANT *v.* HUDSON ET AL., *ante*, p. 866;

No. 87–5258.   SILAGY *v.* ILLINOIS, *ante*, p. 873;

No. 87–5300.   TILLI *v.* SPAZIANI ET AL., *ante*, p. 900;

No. 87–5309.   DE LA CERDA *v.* CHEMEKETA COMMUNITY COLLEGE DISTRICT ET AL., *ante*, p. 868;

No. 87–5318.   HADDIX *v.* CITY OF DAYTON, OHIO, ET AL., *ante*, p. 901;

No. 87–5349.   MURRAY *v.* PLAUT, ADMINISTRATOR, MAXIMUM SECURITY FACILITY, LORTON, VIRGINIA, *ante*, p. 902;

No. 87–5378.   ANDREGG *v.* PACIFIC TELEPHONE & TELEGRAPH CO. ET AL., *ante*, p. 909;

No. 87–5394.   OWENS *v.* FULCOMER, *ante*, p. 916; and

No. 87–5396.   FELTON *v.* DIXON ET AL., *ante*, p. 916.   Petitions for rehearing denied.

No. 87–40.   ALLSTATE INSURANCE CO. *v.* HAWKINS ET UX., *ante*, p. 874.   Petition for rehearing denied.   JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 87–5409.   MARTIN *v.* PENNSYLVANIA STATE REAL ESTATE COMMISSION ET AL., *ante*, p. 908.   Petition for rehearing denied.   JUSTICE BRENNAN took no part in the consideration or decision of this petition.